UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LNV CORPORATION<br>7195 DALLAS PARKWAY<br>PLANO, TX 75024<br><br>          Plaintiff,<br><br>    v.<br><br>FRANKIE T. LAWRENCE<br>WILLIAM H. LAWRENCE, III<br>6629 31ST STREET, NW<br>WASHINGTON, DC 20015<br><br>And<br><br>UNITED STATES OF AMERICA<br><br>          Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.:  14-01394 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER TO COMPLAINT FOR JUDICIAL FORECLOSURE

### ACTION INVOLVING REAL PROPERTY

Defendant, United States of America, by and through counsel, the United States Attorney for the District of Columbia, herein answers Plaintiff's Complaint as follows:

### First Defense

By the following three Federal Tax Liens filed in the District of Columbia by the Internal Revenue Service, United States Department of the Treasury, Baltimore, Maryland Office, for **Taxpayer: William H. Lawrence III**, XXXX 31st Street, Northwest, Washington, D.C. 20015-2345, (1) Recording Number 2013048343, IRS Serial Number: XXXXX8343, recorded on April 24, 2013, which lien originally demanded payment in the amount of $1,393.37 for tax payments arising from the 2012 tax year, and which debt has a current pay off amount, effective September 30, 2014, of $1,534.89; (2) Recording Number 2007059749, IRS Serial Number

XXXXX4307, recorded on May 3, 2007, which lien originally demanded payment in the amount of $19,718.12 for tax payments arising from the 2002 through 2004 tax years, and which debt has a current pay off amount, effective September 30, 2014, of $258,007.79; and (3) Recording Number 2012089125, IRS Serial Number XXXXX4212, recorded on August 21, 2012, which lien originally demanded payment in the amount of $46,936.16 for tax payments arising from the 2010 to 2011 tax years, and which debt has a current pay off amount, effective September 30, 2014, of $50,359.89, the United States asserts priority in the subject property, 6629 31st Street Northwest, Washington, D.C. 20015-2345, in accordance with the federal rule of "first in time, first in right."

### Second Defense

By the following nine Federal Tax Liens filed in the District of Columbia by the Internal Revenue Service, United States Department of the Treasury, Baltimore, Maryland Office, for **Taxpayers: William H. Lawrence III and Frankie T. Lawrence**, XXXX 31st Street, Northwest, Washington, D.C.  20015-2345, (1) Recording Number 2007059963, IRS Serial Number XXXXX4207, recorded on May 3, 2007, which lien originally demanded payment in the amount of $18,522.16 for tax payments arising from the 2003 tax year, and which debt has a current pay off amount, effective September 30, 2014, of $14,720.43; (2) Recording Number 2008040720, IRS Serial Number XXXXX0708, recorded on April 17, 2008, which lien originally demanded payment in the amount of $27,475.28, for tax payments arising from the 2005 tax year, and which debt has a current pay off amount, effective September 30, 2014, of $41,238.55; (3) Recording Number 2009007354, IRS Serial Number XXXXX4209, recorded on January 27, 2009, which lien originally demanded payment in the amount of $26,131.95 for tax payments arising from the 2006 tax year, and which debt has a current pay off amount, effective

September 30, 2014, of $36,855.27; (4) Recording Number 2009068759, IRS Serial Number XXXXX5809, recorded on June 25, 2009, which lien originally demanded payment in the amount of $18,873.92 for tax payments arising from the 2008 tax year, and which debt has a current pay off amount, effective September 30, 2014, of $27,601.45; (5) Recording Number 2011009266 and IRS Serial Number XXXXX3310, recorded on January 21, 2011, which lien originally demanded payment in the amount of $18,420.30 for tax payments arising from the 2009 tax year, and which debt has a current pay off amount, effective September 30, 2014, of $25,294.65; (6) Recording Number 2009017586, IRS Serial Number XXXXX4708, recorded on February 23, 2009, which lien originally demanded payment in the amount of $282.95 for tax payments arising from the 2005 tax year, and which debt has a current pay off amount, effective September 30, 2014, of $446.58; (7) Recording Number 2012095148, IRS Serial Number XXXXX7212, recorded on September 6, 2012, which lien originally demanded payment in the amount of $65,861.30 for tax payments arising from the 2007 tax year, and which debt has a current pay off amount, effective September 30, 2014, of $75,078.05; (8) Recording Number 2012066076, IRS Serial Number XXXXX6612, recorded on June 19, 2012, which lien originally demanded payment in the amount of $7,213.28 for tax payments arising from the 2010 tax year, and which debt has a current pay off amount, effective September 30, 2014, of $9,344.24; and (9) Recording Number 20144009190, IRS Serial Number XXXXX1914, recorded on January 31, 2014, which lien originally demanded payment in the amount of $7,522.19 for tax payments arising from the 2011 tax year, and which debt has a current pay off amount, effective September 30, 2014, of $8,605.49, the United States asserts priority in the subject property, 6629 31st Street Northwest, Washington, D.C. 20015-2345, in accordance with the federal rule of "first in time, first in right."

**Third Defense**

By the following two Federal Tax Liens filed in the District of Columbia by the Internal Revenue Service, United States Department of the Treasury, Baltimore, Maryland Office, for **Taxpayer: Happiness III, Inc., as alter-ego of William H. Lawrence III**, XXXX 31st Street Northwest, Washington, D.C. 20015-2345, (1) Recording Number 2011123675, IRS Serial Number XXXXX2511, recorded on December 13, 2011, which lien originally demanded payment in the amount of $150,437.10, for tax payments arising from the 2002 through 2004 tax years, and which debt has a current pay off amount, effective September 30, 2014, of $26,926.41; and (2) Recording Number 2011123676, IRS Serial Number XXXXX3111, recorded on December 13, 2011, which lien originally demanded payment in the amount of $63,387.09, for tax payments arising from the 2004 through 2008 tax years, and which debt has a current pay off amount, effective September 30, 2014, of $77,818.83, the United States asserts priority in the subject property, 6629 31st Street, Northwest, Washington, D.C. 20015-2345, in accordance with the federal rule of "first in time, first in right."

**Fourth Defense**

Pursuant to 28 U.S.C. § 2410, the United States has a federal right of redemption regarding the Federal Tax Lien filed on the subject property.

**Fifth Defense**

To the extent that an allegation is not explicitly admitted, it is denied. The following paragraphs respond to the numbered paragraphs of the complaint.

**PARTIES AND JURISDICTION**

1. Defendant United States lacks sufficient information to admit or deny whether Plaintiff LNV Corporation ("Plaintiff") holds the August 2006 Note and the Deed of Trust referenced in paragraph one of the Complaint. The Defendant admits the address of the subject property, except that Defendant United States lacks sufficiently specific lot, square, and plat information, or deed information, to confirm or deny the description of the property included in the complaint, apart from the street address.

2. Defendant United States lacks sufficient information to admit or deny the identity, ages, residency, ownership interests, or legal interests in the Deed of Trust of the co-defendant owner-debtors, the Lawrences, as outlined in this paragraph.

3. Defendant United States admits that the Internal Revenue Service filed federal tax liens that attach to the subject property and that the United States is the proper Defendant in this law suit, given the nature of the suit, but otherwise denies the accuracy of this paragraph in enumerating the federal tax liens and the statutory basis for the law suit against the United States.

4. Admitted.

5-6. These paragraphs contain legal conclusions regarding venue in the Superior Court of the District of Columbia and regarding jurisdiction in that court and requires no response. To the extent that a response is deemed required, admitted, except for reliance on D.C. Code § 13-423 as a basis for jurisdiction.

**ALLEGATIONS APPLICABLE TO ALL COUNTS**

7-18. Defendant United States lacks sufficient independent information to admit or deny the facts and circumstances alleged in these paragraphs concerning the acquisition of the subject property by the co-defendant Lawrences; the making of any loans, mortgages, notes, or

5

deeds of trust associated with the subject property; the recording of any such documents among the Land Records of the District of Columbia; the current state of default of any such instruments, issuance of associated notices, or rights stemming from these events; nor the appointment of Trustees or Substitute Trustees.

19. Admitted.

## COUNT I
### (Judicial Foreclosure)

20. Defendant incorporates by reference the preceding paragraphs of responses to the Complaint and responds further:

21-26. Defendant United States has insufficient independent information to admit or deny the allegations of these paragraphs. To the extent that a response is deemed required, denied.

**Prayer for Relief**: A-G. Plaintiff's prayer for relief as to Count I appears on page 6 of the Complaint, to which a response is not required. To the extent that a response is deemed required, Defendant specifically denies that Plaintiff is entitled to the relief requested or to any relief whatsoever. If the Court orders a judicial sale, Defendant prays for a sale free and clear.

## COUNT II
### (Breach of Contract)

27. Defendant incorporates by reference the preceding paragraphs of responses to the Complaint and responds further:

28-36. *See* Defendant United States' responses to paragraphs 7-18, above.

**Prayer for Relief: A-D.** Appearing on pages 7 and 8 of the Complaint is Plaintiff's prayer for relief as to Count II, to which a response should not be deemed required. To the extent that a response is deemed required, Defendant specifically denies that Plaintiff is entitled

to the relief requested or to any relief whatsoever.  If the Court orders a judicial sale, Defendant prays for a sale free and clear.

                Respectfully submitted,

                RONALD C. MACHEN JR., D.C. Bar # 447889
                United States Attorney

                DANIEL F. VAN HORN, D.C. Bar # 924092
                Chief, Civil Division


                        /s/
                OLIVER W. McDANIEL, D.C. Bar #377360
                Assistant United States Attorney
                Civil Division
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-2508 / (202) 252-2599 (Facsimile)
                oliver.mcdaniel@usdoj.gov

August 21, 2014

## **CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Answer to Complaint for Judicial Foreclosure, to be served on the following by the Court's electronic case filing system and/or by first class mail:

Azer Akhtar, Esq.
ROSENBERG & ASSOCIATES, LLC
8601 Westwood Center Drive, Suite 255
Vienna, VA 22182

Frankie T. Lawrence
William H. Lawrence, III
6629 31st Street, NW
Washington, D.C.  20015

on this 21st day of August, 2014.

_____/s/_____
OLIVER W. McDANIEL
Assistant United States Attorney